UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE EDWARD SISK,

                Plaintiff,

    -against-

M.C.C.,

                Defendant.

20-CV-10293 (LLS)

CIVIL JUDGMENT

    Pursuant to the order issued April 19, 2021, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    April 19, 2021
            New York, New York

                                                      Louis L. Stanton
                                                           U.S.D.J.